IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 DEC -5  A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Tony Dewayne Moore                    )
Full name and prison number of        )
plaintiff(s)                          )
                                      )
                                      )   CIVIL ACTION NO. 3:05CV1145-T
         v.                           )   (To be supplied by the Clerk of the
                                      )    U.S. District Court)
Kathy Duboise                         )
                                      )
Blake Jennings                        )
                                      )
Jimmy Abbett                          )
                                      )
Doctor Schuster                       )
                                      )
Name of person(s) who violated        )
your constitutional rights.           )
(List the names of all the persons)   )


I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

          1.   Parties to this previous lawsuit:
               Plaintiff(s) _____

               Defendant(s) _____

          2.   Court (if federal court, name the district; if state court, name the county)
               _____
               _____

          3.   Docket No. _____

          4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Tallapoosa County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Tallapoosa County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Nurse Kathy Duboise  316 Industrial PK Dr, Dadeville Al 36853
2. Blake Jennings  316 Industrial PK Dr, Dadeville Al 36853
3. Jimmy Abbett  316 Industrial PK Dr, Dadeville Al 36853
4. Doctor Schuster  316 Industrial PK Dr, Dadeville Al 36853
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec 1st 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Doctor Schuster, Kathy Duboise Delayed Medical Attention_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Refused to take me to outside Doctor for a second oppinion, once I informed him that He could get a copy of my medical Record Because I told Him my Rectum are to sore be sticking His finger up my Rectum cause of substance of meat is falling from my Rectum

GROUND TWO: Denied Acess to court And THreat

SUPPORTING FACTS: Blake Jenning told me if I write Another letter to District court in montgomery. He would pesonal lock me up IN the Holding cell until I gotten out I feel my life is IN Danger Inside this jail

GROUND THREE: Denied medical Attention

SUPPORTING FACTS: I told Dr Schuster About my Hereing By my Penis Are Hurting He say He cant do nothing About it But A ~~free~~ outside Doctor said I need Surgery

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Causing mental Duress, Pain And Anguish Seeking montary Damages $1,000,000.00 And my medical need to be Taking care of

_Tony Moore_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-1-05
          (date)

_Tony Moore_
Signature of plaintiff(s)