**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Blake Jennings
   Tallapoosa Co Jail
   316 Ind. Pk Dr.
   Dadeville, AL

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J. Cochran
C. Date of Delivery: 12-17-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   05-1145

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 7474

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kathy Dubose Nurse
   Tallapoosa Co. Jail
   316 Industrial Pk
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J. Cochran
C. Date of Delivery: 12-17-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   3:05CV1145-T Pro order

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 5975

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540