**Exhibit A
Inmate File
Alabama Uniform Arrest Report
Dated November 10, 2005**

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORM.**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # |
|---|---|---|
| 0 6 2 0 0 0 0 | TALLAPOOSA COUNTY SHERIFF DEPT. | 0 5 1 1 0 0 1 0 8 |

**5 LAST, FIRST, MIDDLE NAME**
MOORE, TONY DEWAYNE

| 7 SEX ☒M ☐F | 8 RACE ☐1W ☒2B ☐3A ☐4 | 9 HGT 511 | 10 WGT 150 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN | 14 | 6 ALIAS AKA |
|---|---|---|---|---|---|---|---|---|

**5 PLACE OF BIRTH (CITY, COUNTY, STATE)**
SYLACAUGA, TALLADEGA, AL

| 15 SSN | ☐1 SCARS ☐2 MARKS ☐3 TATTOOS ☐4 AMPUTATIONS |
|---|---|

| 20 SID # AL1449478 | 21 FINGERPRINT CLASS | 17 DATE OF BIRTH | 18 Age 31 | 19 MISCELLANEOUS ID # AIS 00204373 |
|---|---|---|---|---|

| 24 FBI # 135733PB9 | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | |
| | NCIC CLASS | | | | | | | |

| 26 ☒ RESIDENT ☐ NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) NA | 31 BUSINESS ADDRESS (STREET, CITY, STATE) NA | 29 RESIDENCE PHONE ,256, | 29 OCCUPATION (BE SPECIFIC) NA |
|---|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Montgomery CITY Jail | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE ☐ OUT STATE AGENCY | 32 BUSINESS PHONE |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☐ DRINKING | ☒ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐YES ☒NO | 38 Injuries? ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|

40 DESCRIPTION OF WEAPON: ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON

| 41 DATE OF ARREST 1 1 1 0 0 5 | 42 TIME OF ARREST 2152 | 1. AM 2. PM ☐3. MIL | 43 DAY OF ARREST S M T W X F S | 44 TYPE ARREST ☐ON VIEW ☒ON CALL ☐WARRANT | 45 ARRESTED BEFORE? ☒YES ☐NO ☐UNKNOWN | |
|---|---|---|---|---|---|---|

| 46 CHARGE—1 ☐FEL ☒MISD FTA (DRIVE W/ REVOKED) | 47 UCR CODE 5015 | 48 CHARGE—2 ☐FEL ☒MISD FTA (DUI) | 49 UCR CODE 5015 |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-10-40 | 51 WARRANT # TR 2001 001191.00 | 52 DATE ISSUED 0 9 0 1 0 5 | 53 STATE CODE/LOCAL ORDINANCE 13A-10-40 | 54 WARRANT # TR 2001 001192.00 | 55 DATE ISSUED 0 9 0 1 0 5 |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐FEL ☐MISD | 57 UCR CODE | 58 CHARGE—4 ☐FEL ☐MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|

| 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
|---|

## vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 76 TAG # | 78 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 71 VIN | | | | | | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | 79 IMPOUNDED? ☐YES ☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE |
|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | | 83 RELEASED TO |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 1. AM 3. MIL 1. PM | 92 RELEASING OFFICER NAME | 90 PHONE ( ) |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 97 AGENCY ADDRESS |
|---|---|---|

| 100 PROPERTY |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # 0 5 1 1 0 0 1 0 8 | 105 SFX H | 106 CASE # | 107 SFX | 108 CASE # | STATE USE |
|---|---|---|---|---|---|---|

| 11 ARRESTING OFFICER (LAST, FIRST, M) MANESS, D. THOMAS | 112 ID # 066 | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐Y ☐N |
|---|---|---|---|---|---|---|
| | | | | | | 116 WATCH CMDR ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

AC JIC - 34 REV. 10-90

**Exhibit B**
**Inmate File**
**Alias Warrant Re:  TR 2001-1191**

TRF356                 ALABAMA JUDICIAL DATA CENTER
                   DISTRICT COURT OF  TALLAPOOSA COUNTY

                         ALIAS WARRANT          TR 2001 ...
                                                JID: CLAYT   PIM TAYLOR

        THE  STATE OF ALABAMA            VS MOORE, TONY DEWAYNE
TO ANY LAW ENFORCEMENT OFFICER:
YOU ARE HEREBY COMMANDED TO ARREST: MOORE TONY DEWAYNE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DRIVING WHILE REVO ISSUE  ON 1/03/2001
WITNESS MY HAND THIS SEPTEMBER 01, 2005.


BOND SET AT:

                                        Frank Lucar
                                     JUDGE/CLERK/MAGIST  TE

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
████████████████                  HT: 511    WT: 149
████████     , AL  ████ 0000      HAIR: BLK   EYE: BRO
                                  BIRTH DATE: ██████
SSN: ████████       DL: ██████    RACE: B     SEX: M

  EMPLOYER:                         PHONE NO: (000) 000-0  0
  TICKET NUMBER: M 0157176        AGENCY/OFFICER: 0620000/MC   ISTER
( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED  PON PAYMENT TO
    THE COURT THE FINE AND COST OF      $181.50.
NOTE: TOTAL PURGE FOR TR-01-1191 AND TR-01-1192 IS $250.00.


  OFFICER'S RETURN:
  RECEIVED ON

  EXECUTED ON  11-10-05 _____        BY:
( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

  _____                    _____
  SHERIFF                              OFFICER

# Exhibit C
# Inmate File
# Alias Warrant Re:  TR 2001-1192

TRF356

## ALABAMA JUDICIAL DATA CENTER
### DISTRICT COURT OF TALLADEGA COUNTY

ALIAS WARRANT              TR 2001 001192.00
                          JID: CLAYK   KIM TAYLOR

THE STATE OF ALABAMA          VS MOORE TONY DEWAYNE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MOORE TONY DEWAYNE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR HE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DUI              ISSUE ON 1/03/2001.
WITNESS MY HAND THIS SEPTEMBER 01, 2005.

BOND SET AT:

*Frank Lucas*

JUDGE/CLERK/MAGIST TE

DEFENDANT'S ADDRESS:                DEFENDANT'S DESCRIPTION:

▓▓▓▓▓▓▓▓▓▓ 101
▓▓▓▓▓▓N        , AL 35089 0000    HT: 511   WT: 149
                                  HAIR: BLK   EYE: BRO
SSN: ▓▓▓▓▓▓▓        DL: ▓▓▓▓▓▓   BIRTH DATE: ▓▓▓▓▓▓▓
                                  RACE: B   SEX: M

EMPLOYER: _____        PHONE NO: (000) 000-0  0
  TICKET NUMBER: M 0157177        AGENCY/OFFICER: 0620000/MC  ISTER
( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED  PON PAYMENT TO
    THE COURT THE FINE AND COST OF      $3,355.03.
NOTE: TOTAL PURGE FOR TR-01-1191 AND TR-01-1192 IS $250.00.

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON *11-10-05* _____ BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
(✓) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

*Jimmy Abbett* _____          *D. Thomas Evans* _____
SHERIFF                          OFFICER

OPERATOR: VIE
PREPARED: 09/01/2005

**Exhibit D**
**Inmate File**
**Order Dated August 8, 2005 and**
**Executed November 10, 2005**



## IN THE DISTRICT COURT OF TALLAPOOSA COUNTY
### ALEXANDER CITY, ALABAMA

STATE OF ALABAMA )

VS. )

Tony D. Moore )  CASE NO. TR-01-1191
_____ )            TR-01-1192
DEFENDANT )

### ORDER

The District Attorney's Restitution Recovery Division has advised this Court that the above named Defendant has failed to comply in paying Court Ordered restitution, costs, fines, and fees as previously ORDERED by this Court. On 4/6/05 Defendant was Ordered to pay $ 50.00 per Month beginning 4/22/05 and Defendant owes $ 250.00 to be in COMPLIANCE AS OF September OR $_____ the sum of $ 50.00 to be paid in full. Defendant last paid on 4/22/05

IT IS ORDERED that a FAILURE TO COMPLY WRIT OF ARREST BE ISSUED in this matter. Defendant can purge from the Tallapoosa County Jail upon payment of $ 250.00 to bring him/her under compliance as of September ...plus any payments due from this date until time of arrest or defendant can pay $_____ which will pay his/her case in Full plus a $22.00 Writ fee = $_____ ...and Defendant can make a bond for the next Restitution Recovery Court Date.

Done this the 8th day of August , 2005.

_____
DISTRICT JUDGE

Defendant Address: ███████████████

Race: B  Sex: M  Date of Birth: ███████

SS# ███████████  DL#_____

COMMENTS:_____  State___

Executed this 10 day of November , 2005, by arresting defendant and
(✓) placing in the Tallapoosa County Jail
( ) allowing defendant to purge upon payment of $_____ to the Circuit Clerk's office and making bond for_____

Deputy Sheriff: _____

COPY

AUG 2005
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

# Exhibit E
# Alabama SJIS TR Case Detail
# Re:  TR 2001-1191

*alacourt.com's*

*Alabama SJIS TR Case Detail*

[ Charge ]  [ Court Action ]  [ Case Action Summary ]  [ Enforcement ]

### Case

| County | 70 ALEX CITY | Case Number | ▼TR 2001 001191 00 | JID | CKT | DEF Status | F F-T-A |
|---|---|---|---|---|---|---|---|
| Name | MOORE TONY DEWAYNE | | | UTC Number | M 0157176 | | |
| Address 1 | | | | VDesc | | | |
| Address 2 | | | | Flag | N | ENF STS | A |
| City | | Country | US | Zip | 35089 0000 | Phone | 000 000 0000 |
| DLNO | | DOB | | SSN | | Race-Sex | B-M |
| Height | 5 11 | Weight | 149 | Eyes | BRO | Hair | BLK |
| CLS | | HAZ | N | COM | N | VEH | AL 2002 22AM905 |

### Charge

| Arrest | 11032001 | Filed | 11052001 | Officer | MCALISTER | Agency | 0620000 |
|---|---|---|---|---|---|---|---|
| Type | C | City | 00 | City | | | |
| Attorney | FIC003 | Type | A | Flag | Y FICQUETTE JOSEPH DWAYNE | | |
| Date 1 | 05202005 | Que | 002 | Time | 1000A | Desc | REVW REVIEW DOCKET/HEA |
| Charge | T007 | DESC | DRIVING WHILE REVOKE | Cite | 032-006-019 | Rule 20 | T |
| Speed | 000 | Limit | 00 | BAC | 000 | | |
| Bond | | Bond Co | | Surety | | | |
| FTA Date | | Released | | Admin Date | | | |

### Court Action

| CRT ACT | G (GUILTY PLEA) | CA Date | 02002 AP | FS Built | 000 | Complete | 0 |
|---|---|---|---|---|---|---|---|
| Charge | T007 | DESC | DRIVING WHILE REVOKE | Cite | 032-006-019 | Bal Due | |
| Fine | 0000000000 | FINE: X | LSUS: X | CVCC: | HIST: | REST: | RECOUP: |
| Cost | 0000016900 | COST: X | OTHER DUE: 0000000000 | JFEE: | HEAD: | | |
| Commnt | | | | | | | |
| SNTPRO | PRO: N DUE: 0000018150 WAR: N COLSTS: P FS: Y UPDATED: 11182005 BY: V | | | | | | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11072001 | 0919 | NOTF | NOTICE FLAG SET TO: "N" (TR01) | SAW |
| 11072001 | 0919 | ESTS | ENF STATUS SET TO: "A" (TR01) | SAW |
| 11072001 | 0919 | DATE | SET FOR: PLEA DOCKET ON 12/12/2001 @ 0100P (TR01) | SAW |
| 11072001 | 0919 | FILE | FILED ON: 11/05/2001 CHARGE: DRIVING WHILE REVOKE | SAW |
| 11072001 | 0919 | RU20 | RULE 20 STATUS OF: TRIAL (TR01) | SAW |
| 11072001 | 0919 | STAT | INITIAL STATUS SET TO: "B" FOR BOND (TR01) | SAW |
| 11072001 | 0919 | COST | DEFENDANT COST: $103.00 (TR01) | SAW |
| 11072001 | 0919 | ARRS | DEFENDANT ARRESTED ON: 11/03/2001 (TR01) | SAW |
| 11132001 | 0204 | PTRL | PRE-TRIAL NOTICE MAILED 11/14/2001 | AOC |
| 12122001 | 1451 | DATE | SET FOR ON 01/17/2002 @ 0100P (TR01) | VIE |
| 12182001 | 0931 | ATTY | ATTORNEY FOR DEFENDANT: FICQUETTE JOSEPH DWAYNE | VIE |
| 01182002 | 1129 | DATE | SET FOR ON 02/20/2002 @ 0100P (TR01) | VIE |
| 02202002 | 1519 | CADA | CASE "DISM/NOL PROS W/CONDS" ON: 02/20/2002 (TR01) | VIE |
| 02202002 | 1519 | COST | COST PROVISION ORDERED BY THE COURT (TR01) | VIE |
| 02202002 | 1519 | D001 | PAYMENT DUE DATE SET TO: 02/24/2002 (FE51) | VIE |
| 02202002 | 1521 | CADA | CASE DISPOSED BY: "GUILTY PLEA" ON: 02/20/2002 | VIE |
| 02202002 | 1521 | LSUS | SUSPENSION FEE PROVISION ORDERED BY THE COURT | VIE |
| 02262002 | 0213 | PTRM | PAYMENT TERMS NOTICE MAILED 02/27/2002 | AOC |
| 06142002 | 1455 | FTPW | FTP WARRANT ISSUED (TR03) | VIE |
| 06142002 | 1455 | SUSP | SUSPENSION NOTICE FOR FTP ISSUED (TR03) | VIE |
| 08122002 | 0833 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |
| 08122002 | 0835 | TEXT | ARRESTED ON WRIT ON 6-12-2002 | VIE |
| 10072002 | 1603 | D001 | ENF PLACEMENT STATUS SET TO: "D" (EC01) | LYS |
| 10092002 | 0833 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 10/22/2002 @ 0830A | LYS |
| 10282002 | 0954 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 11/19/2002 @ 0830A | VIE |
| 12102002 | 0754 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 12/12/2002 @ 0830A | LYS |
| 12192002 | 1651 | COMM | TO PAY $50.00 PER MONTH BEGIN JAN. 15, 2003 (FE51) | VIE |
| 01172003 | 1032 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 01/21/2003 @ 0830A | LYS |
| 03102003 | 1002 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 03/11/2003 @ 0830A | LYS |
| 02112004 | 0941 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 03/10/2004 @ 0800A | RAC |
| 03242004 | 0824 | FTPW | FTP WARRANT ISSUED (TR03) | VIE |
| 12082004 | 0921 | TEXT | ARRESTED ON WRIT | VIE |
| 12162004 | 0922 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |
| 03102005 | 1455 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 04/06/2005 @ 0800A | DAM |

| 04062005 | 1324 | DATE | SET FOR: REVIEW DOCKET/HEAR ON 05/20/2005 @ 1000A | RAC |
|----------|------|------|--------------------------------------------------|-----|
| 04122005 | 0922 | COMM | TO PAY $50.00 PER MONTH BEGIN APRIL 22, 2005. (2 C | VIE |
| 04122005 | 0922 | COMM | ASES) (FE51) | VIE |
| 09012005 | 0957 | AWAR | ALIAS WARRANT ISSUED (TR03) | VIE |
| 11102005 | 1350 | TEXT | ARRESTED ON WRIT | VIE |
| 11182005 | 1349 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |

**Exhibit F**
**Alabama SJIS TR Case Detail**
**Re:  TR 2001-1192**



*alacourt.com's*

*Alabama SJIS TR Case Detail*

**Charge**   **Court Action**   **Case Action Summary**   **Enforcement**

| Case | | | | | | |
|---|---|---|---|---|---|---|
| County | 70 ALEX CITY | Case Number | ▼TR 2001 001192 00 | UID | CKT | DEF Status | F F-T-A |
| Name | MOORE TONY DEWAYNE | | UTC Number | M 0157177 | | |
| Address 1 | | | VDesc | | | |
| Address 2 | | | Flag | N | ENF STS | A |
| City | | Country | US | Zip | 35089 0000 | Phone | 000 000 0000 |
| DLNO | | DOB | | SSN | | Race-Sex | B-M |
| Height | 5 11 | Weight | 149 | Eyes | BRO | Hair | BLK |
| CLS | | HAZ | N | COM | N | VEH | AL 2002 22AM905 |

| Charge | | | | | | |
|---|---|---|---|---|---|---|
| Arrest | 11032001 | Filed | 11052001 | Officer | MCALISTER | Agency | 0620000 |
| Type | C | City | 00 | City | | |
| Attorney | FIC003 | Type | A | Flag | Y FICQUETTE JOSEPH DWAYNE | |
| Date 1 | 04062005 | Que | 002 | Time | 0800A | Desc | SHOW SHOW CAUSE DKT/H |
| Charge | T004 | DESC | DUI | Cite | 032-05A-191 | Rule 20 | T |
| Speed | 000 | Limit | | BAC | 010 | |
| Bond | | Bond Co | | Surety | | |
| FTA Date | | Released | | Admin Date | | |

| Court Action | | | | | |
|---|---|---|---|---|---|
| CRT ACT | G (GUILTY PLEA) | CA Date | 02002 AP | FS Built | 000 | Complete | 0 |
| Charge | T004 | DESC | DUI | Cite | 032-05A-191 | Bal Due | |
| Fine | 0000060000 | FINE: | LSUS: | CVCC: X | HIST: X | REST: | RECOUP: |
| Cost | 0000016900 | COST: X | OTHER DUE: 0000000000 | JFEE: | HEAD: | |
| Comment | TO PAY $50.00 PER MONTH | | | | | |
| SNTPRO | PRO: N DUE: 0000335503 WAR: N COLSTS: P FS: Y UPDATED: 11182005 BY: V | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11072001 | 0942 | NOTF | NOTICE FLAG SET TO: "N" (TR01) | SAW |
| 11072001 | 0942 | ESTS | ENF STATUS SET TO: "A" (TR01) | SAW |
| 11072001 | 0942 | STAT | INITIAL STATUS SET TO: "B" FOR BOND (TR01) | SAW |
| 11072001 | 0942 | RU20 | RULE 20 STATUS OF: TRIAL (TR01) | SAW |
| 11072001 | 0942 | COST | DEFENDANT COST: $103.00 (TR01) | SAW |
| 11072001 | 0942 | ARRS | DEFENDANT ARRESTED ON: 11/03/2001 (TR01) | SAW |
| 11072001 | 0942 | DATE | SET FOR: APPEARANCE DOCKET ON 12/12/2001 @ 0100P | SAW |
| 11072001 | 0942 | BACC | REGISTERED BLOOD ACHOHOL CONTENT OF: 0.010 (TR01) | SAW |
| 11072001 | 0942 | FILE | FILED ON: 11/05/2001 CHARGE: DUI (TR01) | SAW |
| 11132001 | 0204 | PTRL | PRE-TRIAL NOTICE MAILED 11/14/2001 | AOC |
| 12122001 | 1450 | DATE | SET FOR: APPEARANCE DOCKET ON 01/17/2002 @ 0100P | VIE |
| 12182001 | 0932 | ATTY | ATTORNEY FOR DEFENDANT: FICQUETTE JOSEPH DWAYNE | VIE |
| 01182002 | 1130 | DATE | SET FOR: APPEARANCE DOCKET ON 02/20/2002 @ 0100P | VIE |
| 02202002 | 1518 | CADA | CASE DISPOSED BY: "GUILTY PLEA" ON: 02/20/2002 | VIE |
| 02202002 | 1518 | COST | COST PROVISION ORDERED BY THE COURT (TR01) | VIE |
| 02202002 | 1518 | FINE | DEFENDANT SCHEDULED FINE: $600.00 (TR01) | VIE |
| 02202002 | 1518 | CADP | DEFENDANT CONVICTED OF: DUI (TR01) | VIE |
| 02202002 | 1518 | CVCC | CVCC FEE PROVISION ORDERED BY THE COURT (TR01) | VIE |
| 02202002 | 1518 | HIST | HISTORY FEE PROVISION ORDERED BY THE COURT (TR01) | VIE |
| 02202002 | 1518 | D001 | PAYMENT DUE DATE SET TO: 02/24/2002 (FE51) | VIE |
| 02202002 | 1523 | COMM | TO PAY $50.00 PER MONTH (TR01) | VIE |
| 02212002 | 0914 | COMM | TO PAY $50.00 PER MONTH TO BEGIN MARCH 1, 2002 | VIE |
| 02262002 | 0213 | PTRM | PAYMENT TERMS NOTICE MAILED 02/27/2002 | AOC |
| 03062002 | 1621 | CASC | CONTINUATION SHEET PRINTED (TR03) | CAP |
| 06142002 | 1456 | FTPW | FTP WARRANT ISSUED (TR03) | VIE |
| 06142002 | 1456 | SUSP | SUSPENSION NOTICE FOR FTP ISSUED (TR03) | VIE |
| 08122002 | 0832 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |
| 08122002 | 0835 | TEXT | ARRESTED ON WRIT ON 6-12-2002 | VIE |
| 10072002 | 1622 | D001 | ENF PLACEMENT STATUS SET TO: "D" (EC01) | LYS |
| 10092003 | 0833 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 10/22/2002 @ 0830A | LYS |
| 10282003 | 0950 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 11/19/2002 @ 0830A | VIE |
| 01172003 | 1032 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 01/21/2003 @ 0830A | LYS |
| 01222003 | 1448 | PRTY | PARTY ADDED R001 TALLAPOOSA CTY COMMISSION(AW21) | VIE |
| 02192003 | 1452 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 03/11/2003 @ 0830A | VIE |
| 02112004 | 0941 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 03/10/2004 @ 0800A | RAC |
| 03242004 | 0824 | FTPW | FTP WARRANT ISSUED (TR03) | VIE |
| 12082004 | 0920 | TEXT | ARRESTED ON WRIT | VIE |

| 12162004 | 0922 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |
|----------|------|------|-------------------------------|-----|
| 03102005 | 1454 | DATE | SET FOR: SHOW CAUSE DKT/HE ON 04/06/2005 @ 0800A | DAM |
| 04122005 | 0923 | COMM | TO PAY $50.00 PER MONTH TO BEGIN MAY 20, 2005. (2 | VIE |
| 04122005 | 0923 | COMM | CASES) (FE51) | VIE |
| 09012005 | 0958 | AWAR | ALIAS WARRANT ISSUED (TR03) | VIE |
| 11102005 | 1351 | TEXT | ARRESTED ON WRIT | VIE |
| 11182005 | 1351 | ARCL | ALIAS WARRANT RECALLED (FE51) | VIE |

# Exhibit G
# Inmate File
# Tallapoosa County Jail In-Processing Check-in
# Dated November 10, 2005 and Mug Shot

_'Also has bag on top of Lockers)_
_LOCKER # 140_

Inmate Name: __Moore, Tony__     Inmate ID __32678__     Date in __11-10-05__
Booking no. __05-001775__     Time in __22 30__     Slot __A-2__

___ 1. Medical screening concluded. Notify nurse of any major problems.

___ 2. Property issued. (Explain to inmate about the responsibility of property.)

_NA_ 3. Finger printing. Live scan

___ 4. Photos.

___ 5. Arrest report, Incident reports, Arrest Authentication sheet in file.

___ 6. Bond Set, Purge Amount set, and inmate has been informed. Comments:

_Must pay Purge At AC Clerk's office_

___ 7. All copies of reports made and copies and originals in appropriate location.

___ 8. All property and Valuables have been secured in appropriate location.

_NA_ 9. Any cash inmate request to be transferred to commissary account has been accounted for and placed in appropriate location.

___ 10. NCIC Check completed.

        ___ No. of Warrants

        ___ Wanted by

                        _Ray_

_Dan Reed_

_Sgt. Mason_



MOORE, TONY DEWAYNE

C-3

# Exhibit H
# Affidavit of Blake Jennings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TONY DEWYANE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No.  3:05-CV-1145-T |
| | ) | |
| **KATHY DUBOISE, et.al** | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>AFFIDAVIT OF BLAKE JENNINGS</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Blake Jennings, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Blake Jennings.  I am over the age of nineteen and competent to make this affidavit.  I have personal knowledge of the matters set forth in this affidavit.

2.      I have been employed by the Tallapoosa County Sheriff's Department since 1998. On March 19, 2005, I became the Jail Administrator of the Tallapoosa County Jail.

3.      I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Jail.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-being.

6.    The Jail employs a Registered Nurse, Nurse Cathy DuBose, who is on duty from 8:00 a.m. until 5:00 p.m. on Mondays through Fridays.  She is on call at all times of the day and night.  Robert Schuster, M.D., also comes to the Tallapoosa County Jail regularly to see inmates who are referred to him by Nurse DuBose.

7.    An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired.  The shift supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained.

8.    Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate.  In the event of a medical emergency, or a perceived medical emergency, the shift supervisor arranges for medical services without delay.  All medical appointments, including appointments with the jail nurse, are logged by the jail staff in the inmate log.

9.    Inmates are given prescription medication as prescribed.  Medication is distributed according to instructions from the prescribing physician and is distributed by a jail staff member as directed by the jail nurse.  Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.

10.    The Plaintiff's allegation that I told him that I would lock him up in the holding cell if he wrote another letter to the United States District Court in Montgomery, Alabama, is completely fabricated.  I never said anything like that to the Plaintiff or any other inmate.

11.    The Plaintiff has never complained to me that he felt his life was in danger at the jail.

2

12.     Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the Jail via the Inmate Rules and Regulations Handbook.  It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly.  Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have.  A copy of any grievance form which is filed by an inmate will be placed in the inmate's Inmate File.

13.     Upon my review of the Plaintiff's inmate file, there is no grievance filed.  Further, I never received a grievance from the Plaintiff.

14.     I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

15.     The Plaintiff was released from the Tallapoosa County Jail on December 27, 2005.

16.     Inmates are permitted regular visits with their attorneys.  The Tallapoosa County Jail has a law library that is available for use by inmates upon their request.  Inmates are also given access to mail.

17.     Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file.  I am the custodian of such documents, which were kept by me in the ordinary course of my business.

18.     I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

3

_____
**BLAKE JENNINGS**

**SWORN TO** and **SUBSCRIBED** before me this 24 day of January, 2006.

_____
**NOTARY PUBLIC**
My Commission Expires: MY COMMISSION EXPIRES JULY 18, 2008

# Exhibit I
# Medical File of Tony Dewyane Moore
# Progress Note dated December 27, 2005

**PROGRESS NOTES**

Name: Tony Moore

UMR # ▆▆▆▆▆▆▆▆

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 3/14/05 | 0600 | Draw blood for blood test ordered on 2/25/05 by Dr Massey and took to hospital also. C. LaBriff |
| 3-15/05 | | Was prepped out. C. DuBose R |
| 11/29/05 | H&P | States Codeine & Ibuprofen makes him bleed wt. 141# Surgery on hemorrhoids 6-05, Surgery for tooth extraction 4-05, Warts removed from genatalia. 7-05 Otherwise no changes in condition, Has (States) inguinal Hernia Permits signed + blood transfer HIV, Syphillis + PPD done BP 126/80 — C. DuBose R |
| 12-1-5 | | S: Asks to see about foul odor from "anus" "piece of meat" when he wipes Office Office Office blood from C BM Hx Hemorrhoids |
| | | O: No distress tender in C group refused exam of perianal area + Nurse witnessed I explained to him I could not tell what is wrong what [illegible] him Nurse present |
| | | A: Hemorrhoids ? perianal abs |
| | | P: Hospital HL Hospital + Fl Fluid [illegible] [illegible] |
| 12-1-05 | | Inmate refused to let MD examine his rectum wouldn't even pull his pants down C. DuBose R |

## PROGRESS NOTES

Name Moore Tony D.

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 12-16-05 | | Continue to received request from Mr Moore regar dentist as well as numerous problems ie: penis hurts, wipes neat, from rectum when he uses the restroom. I got Mr Moore in my office and Mary Ann Adams as a witness as to what Mr Moore wanted. And what I could do to help. He request I do another UA which I did and it was normal as well as the one was that I had done on 11-23-05. I explained that he is on the dentist list, but people are ahead of him as far back as July '05 and he was put on it in 11 '05. He said he needed something for pain. I explain that we only have Ibuprofen & Tylenol for pain. He stated "I can't take Ibuprofen." I said I would give him 2 Tylenol twice a day to see if that would help. He states the free world M.D. said he needed surgery. I explained that he would have to go through our M.D. if he went anywhere else for he as our M.D. has to order consults and he refused to let our M.D. ever look at his back side the last time he saw him. I ask if he would like to see him again and he said he would so I put him on the list to see him. Howeve I explain he only comes once a wk usually on Thursday. He has already been for this week so it will be next week before he comes again. I explained that only Emergency surgery is done while in jail and thing else that can wait till he is out of jail will have to be done on release. I explained that I didn't need a request to see the M.D. every day that when he comes I have 5 or 6 requests to see him and I only need one. —————— E. L. Brock |

TCJ Form-07H

**PROGRESS NOTES**

Name _Moore Tony D._

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 12-23-5 | | S: Persistent rectal pain + Disc feel small |
| | | office |
| | | Oo better c Anorectal / Flagyl + Anusol |
| | | Also knot L groin ↑ size x 2 weeks |
| | | O: Vitals afeb |
| | | Abd soft N BS |
| | | Indirect inguinal hernia L |
| | | reducible |
| | | Skin tag 6 o'clock @ fistula os |
| | | Above noted |
| | | rectal retract |
| | | A: L Indirect inguinal hernia |
| | | Anal fissure / fistula |
| | | P: Appt - Dr Cassidy |
| | | Cont Anusol + tucks |
| 12-23-05 | | Dr Cassidy's office closed — C. LaBoe RN |
| 12-27-05 | | Spoke c Kelly @ Dr. Cassidy's office for appt. |
| | | Office refused to see inmate C. LaBoe RN |
| 12-27-05 | | Released to another Agency — C. LaBoe RN |

TCJ Form-07H