# Exhibit J
# Affidavit of Cathy DuBose

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TONY DEWYANE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-CV-1145-T** |
| | ) | |
| **KATHY DUBOISE, et.al** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF CATHY DUBOSE

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Cathy Dubose, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Cathy DuBose. I am over the age of nineteen and competent to make this affidavit.  I have personal knowledge of the matters set forth in this affidavit.

2.      I am a Registered Nurse.  I provide medical services to the inmates at the Tallapoosa County Jail and have done so since January 25, 2005.

3.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.      On November 23, 2005, I ordered Extra-Strength Tylenol for the Plaintiff twice a day as needed.  On November 29, 2005, I took the Plaintiff's medical history.  I noted that the Plaintiff stated that Codeine and Ibuprofen make him bleed.  I also noted that the Plaintiff had had surgery on hemorrhoids in June 2005 and tooth extraction surgery in April 2005.

Further, I noted that he had had warts removed from his genitalia in July 2005. I noted that the Plaintiff stated that he has a hernia.

5.     Two days later, the Plaintiff was seen by Dr. Schuster. Dr. Schuster attempted to examine his perianal area. However, the Plaintiff refused this exam. I witnessed this incident. Dr. Schuster explained to the Plaintiff that he could not tell what was wrong without examining him. The Plaintiff refused to let Dr. Schuster examine his rectum and would not even pull his pants down. Dr. Schuster noted that the Plaintiff had hemorrhoids and a questionable problem in his perianal area. He prescribed Amoxil, Anusol, and Flagyl for the Plaintiff's hemorrhoids.

6.     On December 16, 2005, I saw the Plaintiff at his request. The Plaintiff requested that I do another Urine test which I did. The test results were normal. He then asked for pain medication. I told the Plaintiff that I would give him two Tylenol twice a day. The Plaintiff then told me that his private physician said that he needed surgery. I informed the Plaintiff that he would have to be examined by Dr. Schuster in order to determine any need for referral to another physician. I also reminded the Plaintiff that he had refused to let Dr. Schuster examine him. I then asked the Plaintiff if he would like to see Dr. Schuster again. He said yes. Therefore, I placed him on the list to see Dr. Schuster. I also ordered two Extra-Strength Tylenol twice a day for the Plaintiff as needed.

7.     On December 19, 2005, I obtained a medical release from the Plaintiff in order to get the medical records from the hospital where the Plaintiff claimed that a doctor said he needed surgery, Jackson Hospital. I then contacted Jackson Hospital to obtain the records. The records from Jackson Hospital showed that on June 22, 2005, the Plaintiff was seen at the

Hospital for complaints of rectal bleeding.  The records show that the Plaintiff was diagnosed with hemorrhoids and was instructed to follow up with a surgeon in two days.

8.    On December 23, 2005, Dr. Schuster reexamined the Plaintiff.  Dr. Schuster noted that the Plaintiff had persistent perianal pain and foul smelling discharge.  He also noted that the medication that he had prescribed did not remedy the problem.  After Dr. Schuster examined the Plaintiff, he determined that the Plaintiff had an indirect inguinal hernia and an anal fissure and therefore should be referred to Dr. Scott Cassidy, a surgeon in Alexander City, Alabama.  Therefore, I attempted to make an appointment with Dr. Cassidy that same day.  However, Dr. Cassidy's office was closed.  I spoke with Dr. Cassidy's office on December 27, 2005, and attempted to set the Plaintiff up with an appointment.  However, I was informed that Dr. Cassidy refused to see the Plaintiff.  The Plaintiff was released from the Tallapoosa County Jail that day.

9.    I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

10.    Attached to the Special Report are true and accurate medical documents contained in the Plaintiff's medical file.  I am the custodian of such documents, which were kept by me in the ordinary course of my business.

11.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

3

_Cathy L DuBose_

CATHY DUBOSE

**SWORN TO** and **SUBSCRIBED** before me this 25 day of January, 2006.

_Marianne Adams_

NOTARY PUBLIC          MY COMMISSION EXPIRES JULY 18, 2009

My Commission Expires: _____

# Exhibit K
# Affidavit of Sheriff Jimmy Abbett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TONY DEWYANE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-CV-1145-T** |
| | ) | |
| **KATHY DUBOISE, et.al** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF JIMMY ABBETT

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Sheriff Jimmy Abbett, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Jimmy Abbett.  I am over the age of nineteen and competent to make this affidavit.  I have personal knowledge of the matters set forth in this affidavit.

2.      I am the duly elected Sheriff of Tallapoosa County, Alabama.

3.      I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.  I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      I have delegated the responsibility for the day-to-day functions of the Tallapoosa County Jail to the Jail Administrator Blake Jennings. As Sheriff of Tallapoosa County, I am responsible for promulgating the policies governing the Jail.

6.      It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-being.

7.      The Jail employs a Registered Nurse, Nurse Cathy DuBose, who is on duty from 8:00 a.m. until 5:00 p.m. on Mondays through Fridays. She is on call at all times of the day and night. Robert Schuster, M.D., also comes to the Tallapoosa County Jail regularly to see inmates who are referred to him by Nurse DuBose.

8.      An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired. The shift supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained.

9.      Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate. In the event of a medical emergency, or a perceived medical emergency, the shift supervisor arranges for medical services without delay. All medical appointments, including appointments with the jail nurse, are logged by the jail staff in the inmate log.

10.     Inmates are given prescription medication as prescribed. Medication is distributed according to instructions from the prescribing physician and is distributed by a jail staff member as directed by the jail nurse. Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.

2

11.    I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

12.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.


_____
JIMMY ABBETT

SWORN TO and SUBSCRIBED before me this ____ day of January, 2006.


_____
NOTARY PUBLIC
My Commission Expires:
MY COMMISSION EXPIRES APRIL 5, 2009

3

# Exhibit L
# Medical File
# Medications/Physicians Orders
# Note dated November 23, 2005

NKA

# MEDICATIONS/PHYSICIAN ORDERS

Moore, Tony

## MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form) | Dosage/Route/Administration | Disco |
|------|------|------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 8/7/2002 | Bextra 10mg PO q Am | usual |
|  | Vioxx 25mg PO BID PRN joint pain | meds Aweber |
|  | Mylanta 30cc PO BID PRN |  |
| 8/31/2002 | D/C Bextra | P.U. Dr Schuster/aweber |
|  | Δ Vioxx 50mg PO QD |  |
| 10-2-02 | Anusol #C supp IR QJ x 7 d | aw |
| 10/10/2002 | Ibuprofen 800mg PO BID PRN | aweber |
| 12/9/04 | Amoxicillin 500mg PO BID x 31 days | aw |
| 12/15/04 | Send to LMCH ER for evaluation | aweber |
| 12/16/04 | Medrol dosepack as directed | w.o. / aweber |
| 12/27/04 | Naproxen 500mg PO BID | aweber |
| 1/28/05 | Keflex 500mg po bid x7 days | C. LaBorek |
| 1/28/05 | DBS po q AM | C. LaBorek |
| 2-3-5 | UA |  |
|  | BMP |  |
|  | Send for reports UAB |  |

TCJ Form

## MEDICATIONS/PHYSICIAN ORDERS

Moore, Tony D.

### MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form.) | Dosage/Route/Administration | Date Discontinued |
|------|------|------|------|
| | | Ibuprofen | |
| | | | |

### PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 2-11-5 | Fibrecon II po qd | |
| | DIC Naprosyn | |
| | ~~Ibuprofen~~ | |
| | ~~Flexeril~~ | |
| | Appt. + Estrada (Reiter's syndrome) | |
| | Doxycycline 100 bid × 7d | |
| 2-17-05 | Acetaminophen Ex St 500mg ÷ po bid C.L.DuBose | |
| 2-25-05 | Mobic 7.5 mg ÷ po qd | |
| | Prednisone 5 mg 6 tabs qd × 3 days | |
| | 5 tabs qd × 3 days | |
| | 4 tabs qd × 3 days | 1.0 per plan |
| | 2 tabs qd × 3 days | C. DuBose |
| | 1 tabs qd × 3 refills | |
| 3-3-5 | Paxil 20, po qd | |

TCJ Form-07D

MEDICATIONS/PHYSICIAN ORDERS

## MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form.) | Dosage/Route/Administration | Date Discon. |
|------|------|------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 11-23-05 | Ex St tylenol bid prn | C. DeBose RN |
| 12-7-5 | Amoxtil suspe for bid prn  Amoxil 500, potin x 7d  Flagyl 500, po bid x 7d | |
| 12-16-05 | ↑ Tylenol to 2 Ex St twice a day prn | C. DeBose RN |
| 12-23-5 | Appt - Dr Cassidy Rmc  ⊙ Intract Trigonal Les  Anal Fissure / Fistula  Amoxil Cream bid  Tuck PRR | |

# Exhibit M
# Medical File
# Authorization for Disclosure of Confidential Information
# Dated December 19, 2005




# JIMMY ABBETT
## Sheriff

Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

AUTHORIATION FOR
DISCLOSURE OF
CONFIDENTIAL INFORMATION

TO: *Jackson Hospital*

_____

_____

I, *Tony D Moore*, hereby authorize the above named person or organization to release below information concerning me. This information and dates of care shall include:

*Medical Records*

_____

_____

The purpose of disclosure of this information shall be for:

## IDENTIFYING INFORMATION AT TIME OF ADMISSION:

Inmate's Full Name: *Tony Dewayne Moore*

Address: ■■■■■■■■■  D.O.B. ■■■■■■■■■

Social Security: ■■■■■■■■■   Race: *B*   Sex: *M*

I understand that I may revoke this consent at any time, except to the extent that based on this consent has been taken. This consent will expire 60 days from this date, unless my continuum of care (aftercare, referral services, etc.) requires extension of the 60 days. No case shall this extension exceed one year from this date ( *12-16-06* ).

My consent to the forgoing is voluntarily made and I understand that the confidentiality of this information is protected by Federal State Law and cannot be disclosed without my written consent. Forseeable risks that may arise by reason of the release of said information have been explained to me.

The authorization and request is fully understood and is made voluntarily on my part this *19* day of *Dec* 20 *05*.

X *Tony Moore*
Inmate Signature

*Cathy L DuBose RN*
Witness

**Exhibit N
Medical File
Facsimile Transmittal Sheet
Dated December 19, 2005**



# *JIMMY ABBETT*
## *Sheriff*

Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

## FACSIMILE TRANSMITTAL SHEET

TO: *Jackson Hospital*     FROM: *Tallapoosa Co Jail*

COMPANY:     DATE: *12-19-05*

FAX NUMBER: *1-334-293-8969*     TOTAL NO. OF PAGES INCLUDING COVER: *2*

PHONE NUMBER:     SENDER'S REFERENCE NUMBER:

RE:     YOUR REFERENCE NUMBER:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

*Please Fax Medical Records*
*Requested to Cathy DuBose*
*@ 1-256-825-1012*

316 INDUSTRIAL PARK DRIVE
DADEVILLE, AL. 36853

# Exhibit O
# Medical File
# Records from Jackson Hospital
# Dated June 22, 2005

Jackson Hospital & Clinic, Inc.
PATIENT INFORMATION
Wed Jun 22, 2005 6:00 AM                                    Page 29

Name: MOORE,TONY
Sex: M        Race: B      MS:              Title:              MRUN: 19-59-96
DOB: ████████3   Age: 31Y   Expired:          Date:        SS #: ████████
Admit Date: 06/21/2005        Disch Date: 06/21/2005                       Time:
Admit Time: 10:46 AM          Disch Time: 12:10 PM          Acct #: 10724173
Reg Status: D                 Accom Pref:                   Service: ED
Diagnosis: ABDOMINAL PAIN                                   Rm-Bed:
Admit Phys: THOMAS,CHARLES E.

Perm Address 1: ██████████████        Atten Phys: THOMAS,CHARLES E.
Perm Address 2:
        City: ████████████
     Home Ph#: ██████████9          State: AL      Zip: ██████
Pt Employer: NOT EMPLOYED            Work Ph#:

        NOK: not on file

    Guar #1: MOORE,TONY
Guar Address: ████████████
        City: ████████████1         Rel to Pt: PATIENT
     Home Ph: ██████████9
    Employer: NOT EMPLOYED           State: AL      Zip: █████
    Guar SS#: ████████              Work Ph:

     Insur #1: SELF PAY
  Ins Addr #1:
  Subscr Name: MOORE,TONY
  Subscr Sex: M   DOB: ██████         Insur #: N/A
Subs Address: ████████████           Group #:
                                     Precert#:
Subs Employer: NOT EMPLOYED          Claim #:
Pt Rel to Ins: PATIENT IS INSURED

SMARTCOR

PAGE  02

# EMERGENCY DEPARTMENT

**JACKSON HOSPITAL**
1725 PINE ST.
MONTGOMERY, AL 36106-1117

ACCOUNT# 10724173    M/R # 19-59-96
MOORE, TONY
SEX - M    BORN
THOMAS, CHARLES E    F/C P ED

| | | |
|---|---|---|
| DATE 01/20/05 | | |

CHIEF COMPLAINT

☐ SEE NURSING FLOW SHEET

| | B/P | | HR | | |
|---|---|---|---|---|---|
| B/P | 150 | 97 | HR 73 | | |
| B/P | 142 | 84 | HR 75 | | |
| B/P | 131 | 90 | HR 78 | 73 | |

## ALLIED DEPARTMENT ORDERS

XRAYS          CT

☑ CBC
☐ PT        ☐ CARDIAC PROFILE        ☐ EKG
☐ PTT       ☐ TRAUMA PROFILE         ☐ ABG
☐ CHEM7     ☐ MG      ☐ TYPE & SCREEN
☐ AMYLASE   ☐ CK      ☐ TYPE & CROSS           UNITS
☐ LIPASE    ☐ UA      ☐ OTHER LABS
☐ ETOH      ☐ UCG                     ☐ ISTAT
☐ CE        ☐ UDS                     ☐ ISTAT EX
                                      ☐ ISTAT WBC

RESP                    US

NO. 200 (Rev. 10-92)
Emergency Department Record        Medical Record #

SMARTCOR

ACCOUNT# 10724173    M/R # 19-59-96
MOORE,TONY
SEX - M   BORN [redacted]   F/C P ED
THOMAS,CHARLES E   [redacted]   ROOM [redacted]



**PROCEDURES**

__ SPLINT: type_____ location_____
__ applied by: ED Physician / Orthopedist / Tech.
__ examined post-splint app. / neuro-vascularly intact / good alignment
__ LACERATION Repair: length_____ cm location_____
__ anesthesia xylocaine 1% / 2% / epi marcaine / TAC / digital block
__ single layer suture type: nylon / prolene / dermabond / staples / steri str
__ multiple layers / muscle / tendon   suture type vicryl_____
__ repaired by: ED Physician / NP / Surgeon
NOTES:_____

__ INTUBATION: ETT size_____ nasal / oral / Blade curved / straight
__ Intubated by: ED Physician / EMS / Anesthesiologist
__ Placement confirmed by: auscultation / CXR
NOTES:_____

__ LUMBAR Puncture:_____ typical sterile prep. position upright / side R / L
Color____ WBC's____ RBC's____ Glucose____ Protein____
__ CENTRAL Line: location: I.L.R/L   S.C.R/L   Fem. R/L
Line placement confirmed by CXR_____ typical sterile technique
Other procedures:_____

ECG Monitor____ NSR_____
ECG__ NML rate____ abnormal_____ rate____
__ NSR_____ no change since_____
Notes____ nl intervals____ nl axis____ nl QRS____ nl ST/T

X-Rays_____
Scans_____
Labs_____

| CBC  nl / except | Chemistries nl / except | UA nl / except |
|---|---|---|
| WBC | NA | WBC |
| Hgb | K | RBC's |
| Hct | Cl | bacteria |
| Pts | CO2 | ketones |
| Segs | Bili | ETCH |
| Bands | Cr | TOX |
| | Glucose | |

PTT____ INR____ CK____ MB____ Trop____ Pulse Ox.
ABG____ 02 pH____ pO2____ Sat____ Peak Flow
HCG neg /pos  Quant HCT____ Rapid strep neg / pos  Mono  neg / pos
Other labs:_____

Critical Care: 30-74 min. / 75-104 min. /____ min.

PROGRESS NOTES_____
_or no str in the Neg_
_____
_____
_____
_____

Discussed with Dr._____
Disposition: home / admitted Rm#_____ will follow up in ED/Office/Hospital
Condition: unchanged / improved / stable / unstable / deceased   transferred____ /morgue
CLINICAL IMPRESSION_____

MD_____

CRNP_____
__ CRNP and Physician discussed case and Physician agrees with above.
__ Physician met with and reviewed the plan of care with patient.

ACCOUNT: 10724173   M/R: 19-59-96

MOORE, TONY
SEX - M   BORN ▮▮▮▮▮▮▮   r/c P ED
THOMAS, CHARLES E. ▮▮▮▮▮   ROOM ▮▮▮

... normal; circle = abnormal; backslash \ = negative   Record

Room# _____   Time seen _____   PMD _____

CC: _Rectal bleeding_

HPI: Age: ___ yr / mo  Sex: F M

_[handwritten notes]_

LOCATION _____
SEVERITY _____
QUALITY _____
DURATION _____
TIMING _____
Associated S & S _____   Context _____

PMH: (negative except as circled)
*angina *arrhythmias *arthritis *asthma *CAD *CHF
*COPD *CVA *dementia *diverticulitis *DM *DVT
*high cholesterol *HTN *kidney stones *MI *PE
*pneumonia *PUD *psychiatric hx _____

PSH: negative except as circled
*angioplasty *appendectomy *back surgery *CABG
*cardiac cath. *cholecystectomy *c-section *endoscopy
*hysterectomy *P-maker *prostate surg. *SBO *Tonsillectomy

SHx: (negative except as circled)  Medications: ___ none
*alcohol *drugs *smoker   ___ see nurse's notes
FHx: negative except as circled  Allergies: ___ none
*CAD *CA *HTN   ___ see nurse's notes
ROS: Negative except as circled
CONSTITUTIONAL: *anorexia *chills *fever *weight loss
EYES: *discharge R / L *eye pain R / L *foreign body R / L
*redness R / L *visual changes R / L
ENT: *congestion *earache R / L *sore throat
CV: *chest pain *DOE *edema *palpitations
RESP: *cough *productive sputum *SOB
GI: *abdominal pain *constipation *diarrhea
*last BM *nausea *vomiting
GU: *dysuria *urinary frequency *urinary retention
GYN: *bleeding *discharge *LMP _____
SKEL: *back pain *joint pain *muscular pain
DERM: *hives *itching *rash *redness
NEURO: *confusion *dizziness *headache *lethargy
*numbness *seizure *slurred speech *weakness
PSYCH: *anxiety *depression *hallucinations *suicidal
OTHER ROS: _____

D: WDWN M / F Child *alert *cooperative
*playing *mmm well hydrated

---

✓Nursing Assessment Reviewed ___ BP, HR, RR, Temp. reviewed

PHY. EXAM: *alert *agitated *anxious *lethargic *unresponsive
Distress: (NAD) *mild *moderate *severe

HEAD ___ see fig. A *scalp lac *swelling *tenderness
___ nml inspection
___ non-tender

NECK ___ see fig A *lymphadenopathy *muscle spasm *neck tenderness
___ nml inspection
___ non-tender

EYES ___ see fig. B *corneal abrasion R/L *discharge R/L *foreign body
___ lids/conj nml *nystagmus? *SC hemorrhage R / L
___ PERRL/EOMI

ENT ___ see fig C *canal erythema R/L *canal swelling R/L *phar. erythema
___ nml inspection *phar. exudates *TM erythema R/L *TM erythema R/L
___ nml pharynx *TM perforation R/L
___ nml teeth / lips

RESP ___ see fig. D *chest wall tenderness *deep breath sounds rales
___ nml distress *resp. distress *resp. rate
___ breath sounds nml *rhonchi *wheezing
___ chest non-tender

CVS ___ *bradycardia *irreg. rhythm *JVD *murmur *tachycardia
___ regular rate, rhythm
___ no murmur
___ no gallop

ABD ___ see fig. D *abnormal bowel sounds: absent /decreased /increased
___ non-tender *distention *guarding *palpable mass *rebound *tenderness
___ soft
___ nml bowel sounds
___ no masses

PELVIC ___ *bleeding mild / mod. / severe *adnexal tenderness R / L
___ nml inspection *adnexal mass R / L *CMT *discharge *open cervix
___ bimanual exam nml
___ speculum exam nml

GENITALS ___ *testicular swelling R / L *testicular tenderness R / L
___ nml inspection *urethral discharge
___ testicals nml

RECTAL ___ (heme pos.) *hemorrhoid *fissure *ext. / int. *black stool
___ non-tender *bloody stool *rectal tenderness *prostate tenderness
___ heme negative

BACK ___ see fig. D *decreased ROM *muscle spasms *tenderness
___ nml inspection

SKIN ___ See fig. D *hives *rash *cap.refill < sec *cyanosis
___ intact *diaphoresis *erythema *healing wound *warmth
___ warm, dry, no rash
___ cap. Refill <2 sec.

EXT ___ see D/E/F *bony tenderness *rib tenderness R/L *pedal edema
___ non tender *pulse deficit *unable to weight bear
___ full ROM
___ no pedal edema

NEURO ___ see D / E / F *confused *disoriented to person / place / time
___ alert / oriented X3 *lethargic *unresponsive *unsteady gait *weakness
___ CN nml so tested
___ motor / sensory nml

PSYCH ___ *agitated *auditory hallucinations *depressed *homicidal
___ mood / affect nml *paranoid *suicidal *visual hallucinations

Emergency Department
**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine Street
Montgomery, Alabama 36106

DATE: _____

## YOUR DIAGNOSIS / CARE NOTES
1.) _____
2.) _____
3.) _____

**Treatment Rendered:**

☐ X-Ray  ☐ EKG  ☐ Medication  ☐ Tetanus
☐ Sutured  ☐ Lab Test  ☐ Exam  ☐ Hypertet

☐ You were given a medication which may make you sleepy or less alert. You should not drive, operate heavy machinery or drink alcohol for 24 hours.

☐ NO DRIVING TODAY

☐ You were given a prescription for an antibiotic. You are to take it until gone unless otherwise instructed. Continue taking even if symptoms disappear.

☐ If your pain is not adequately relieved or you are having persistent nausea or vomiting or excessive drowsiness please call your physician or return to the Emergency Department.

**IMPORTANT NOTICE:** Your x-ray has been read and reviewed. Final review by the radiologist is pending. Follow up with your Primary care doctor for final interpretation.

Specific Instructions:

_____
_____
_____
_____

**Follow-up with**

☐ Your Doctor: _____

☐ Return to Jackson ER on _____

**We Are Referring You To:**

Dr. _____ Call

for an appointment on _____

If you become worse or do not get better in 1 - 2 days see the doctor treating you or return to the emergency department.

Instructions Received By:

_____

relationship to patient _____

☐ Voiced understanding of instructions

**Patient Left:**

☐ Ambulatory         ☐ Crutches          ☐ Stretcher
☐ Wheelchair         ☐ With Driver       ☐ Carried

                                    Discharge Nurse          RN

**Certificate for Return to Work or School**

ACCOUNT# 10724173   M/R # 19-59-96
MOORE,TONY
SEX - M  BORN
THOMAS,CHARLES E            F/C  P  ED
☐ NA

Has been under my care on ___/___/___ and is able to return to work / school on ___/___/___. The Patient's work limitations are: _____

                                    Discharge Physician          MD

Emergency Department
**JACKSON HOSPITAL & CLINIC, INC.**
1725 Pine Street
Montgomery, Alabama 36106

_____  MD
Discharge Physician

ACCOUNT# 10724173   M/R # 19-59-96
MOORE,TONY
SEX - M  BORN
THOMAS,CHARLES E            F/C  P  ED

**MEDICINES PRESCRIBED**
Name/ Strength

Check Box If ☐ NKDA
If none , check this box ☐

VOID IF NOT ON SECURITY COLOR W/ BACKGROUND

| Name/ Strength | Number | Schedule / Duration | No Refills | Refills |
|----------------|--------|---------------------|------------|---------|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |

Dispense as written - Signature _____  MD

Substitution allowed Signature _____  MD

Print Name _____
DEA# _____    M

ACCOUNT# 10724173   M/R # 19-59-96
MOORE,TONY
SEX - M   BORN         F/C P ED
THOMAS,CHARLES
                      ROOM

## JACKSON HOSPITAL EMERGENCY DEPARTMENT
## ADDITIONAL DISCHARGE INSTRUCTIONS

### GENERAL
- Continue your usual medications.
- Return if temperature is greater than 100.5
- Return if you vomit 6 times over the next 6 hours.
- Clear liquids for 24 hours; then bland diet.

SITZ
BATHS 4 y 4 hrs

### ORTHO
- Ice for 24 hours; then moist heat.
- Elevation for 48 hours.
- Non weight bearing until cleared by orthopedic physician.
- Leave soft collar on for _____ days.
- Keep splint/ace wrap on for _____ days.

### ACTIVITY
- No school/work for One days.
- No lifting greater than _____ pounds for _____ days.        _____ Only light duty for _____ days.
- No physical education like activity for _____ days.          _____ Pelvic rest _____ days.

### WOUND CARE
- Keep wound clean and dry.
- Sutures/staples out in _____ days.
                                                              _____ Derma bond instructions.
                                                              _____ Return in 24 hours for packing removal.

### FOLLOW-UP
- See your physician: _____ Tomorrow;
- You will need to follow-up on the ED tomorrow.   1-2 Days;   2-3 Days.   General Surgeon
- If unable to see your physician return to ED _____                      Nevon small
                                                                         w/ B.m

### PEDIATRICS
- Only clear liquids for 12 hours.
- Cool mist humidifier.
- Alternate Tylenol and Motrin every 4 hours.
- Bulb suction nose as needed.

### OVER THE COUNTER MEDICATIONS
- Alleve
- Benadryl                        _____ Imodium
- Claritin                        _____ Neosporin           _____ Tagament
- Colace                          _____ Mineral Oil         _____ Tylenol
- Dramamine                       _____ Motrin              _____ Zantac
- Hydrocortisone                  _____ Prilosec
                                  _____ Senokot-S
### KIDNEY STONES
- Strain Urine
- Return if pain becomes too severe.        _____ Drink copious amounts of clear liquids.

# JACKSON HOSPITAL
# SMART CORPORATION
## RELEASE OF INFORMATION

1725 PINE ST.
MONTGOMERY, AL

### FAX # **334-293-8969**

## FAX MESSAGE

**TO:** _Jimmy Abbett, Sheriff_

**PHYSICIAN:** _____

**FAX #:** _256-828-1012_

**DATE:** _12-19-05_          **TIME:** _11:20_

**NUMBER OF PAGES (including cover sheet):** _____

**FROM:  RELEASE OF INFORMATION**

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (334) 293-8909**

This fax is **CONFIDENTIAL** and intended only for the person to whom it is addressed.  If you are not the intended recipient or the person responsible for delivering this information to the recipient, do not disclose, copy, distribute, or take any action in regard to the information received.  If you have received this in error, please notify us immediately by phone at (334) 293-8909.

**PATIENT NAME:** _Tony Moore_          **MR#:** _19-89-96_

**DOB:** _____          **DOS:** _____

**INFORMATION REQUIRED:** _____

**WHEN NEEDED:  STAT-PT THERE NOW:** ____  **DATE/TIME PT TO BE SEEN:** _____

**COMMENTS:** _____

**COMPLETED BY:** _RM_

COPY FOR PHYSICIAN'S USE ONLY
NOT TO BE RE-RELEASED WITHOUT
PATIENT'S AUTHORIZATION