IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY DEWYANE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:05-CV-1145-MHT |
| | ) |
| KATHY DUBOISE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 10, 2006 defendant Schuster shall:

1. Show cause why he failed to file a written report and answer addressing the plaintiff's claims for relief as required by the order entered on December 16, 2005 (Court. Doc. No. 4).

2. File a written report and answer which addresses the claims contained in the complaint.

DONE, this 27th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE