IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-1145-MHT |
| | ) |
| KATHY DUBOISE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 5, 2005, Tony Dewayne Moore ["Moore"], a county inmate, filed this 42 U.S.C. § 1983 action. On January 27, 2006, this court entered an order, a copy of which the Clerk mailed to Moore. Postal authorities returned this order because Moore was no longer at the address he had provided for service. In the order of procedure entered in this case, the court specifically instructed the plaintiff to immediately inform the court of any new address. *See Order of December 16, 2005 - Court Document No. 4* at 4-5. It is clear from the foregoing that Moore has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED on or before February 21, 2006 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his

failure to adequately prosecute this action. The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 13th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE