IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>KATHY DUBOSE, et al., )<br>)<br>  Defendants ) | CIVIL ACTION NO. 3:05cv1145-MHT<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 28, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this 16th day of March, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE