IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TONY DEWAYNE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv1145-MHT |
| | ) | (WO) |
| KATHY DUBOSE, et al., | ) | |
| | ) | |
| Defendants | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

Done this 16th day of March, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE